AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

ANDRES FELIPE MONTOYA
*Plaintiff(s)*
v.

MIAMI-DADE POLICE DEPARTMENT, et al.,
*Defendant(s)*

Civil Action No. 1:23-cv-20359-DPG

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Officer John Hernandez
Badge No. 30-7727
Miami-Dade Police Department
9105 N.W. 25th Street
Doral, FL 33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andres Felipe Montoya, PRO SE
#210139830
Miami-Dade County-Metro West
Inmate Mail/Parcels
13850 NW 41st Street
Miami, FL 33178

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: 05/11/2023

s/ D.A.

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

Civil Action No. 1:23-cv-20359-DPG

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Officer John Hernandez Badge No. 30-7727

was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify)*: ______________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc: